AO 440 (Rev. 01/09) Summons in a Civil Action
Case 1:20-cv-00141-RJJ-SJB ECF No. 5, filed 02/28/20 PageID.12 Page 1 of 1
Case 1:20-cv-00141-RJJ-SJB ECF No. 1-1, filed 02/19/20 PageID.11 Page 1 of 1

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Shannon L. Hamilton and Karisha Melton on behalf of themselves and all others similarly situated

v.

Muskegon Family Care

Case No. 20-cv-00141-RJJ-SJB
Hon. Robert J. Jonker

TO: Muskegon Family Care
ADDRESS: 2201 S. Getty Street
Muskegon, MI 49444

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Rene S. Roupinian
Raisner Roupinian LLP
500 Fifth Ave., Ste. 1600
New York, NY 10110

CLERK OF COURT



February 19, 2020

By: Deputy Clerk      Date

---

## PROOF OF SERVICE

This summons for __Muskegon Family Care__ (name of individual and title, if any) was received by me on __02/20/2020__ (date).

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☒ I served the summons on __Lisa Glassnor__ (name of individual), who is designated by law to accept service of process on behalf of __Muskegon Family Care__ (name of organization) on __02/21/2020 at 4:12 PM__ (date).

☐ I returned the summons unexecuted because _____.

☐ Other (specify): _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: __02/21/2020__

Server's signature: Kimberly A. Peterson

Kimberly Peterson, Process Server
Server's printed name and title

3918 Remembrance Rd NW, Grand Rapids, MI 49534
Server's address

Additional information regarding attempted service, etc.:
Approximate Description of Receipt:
Sex: Female, Hair: Blonde, Weight: 120 lbs, Height: 5'4"