UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KARISHA MELTON, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>MUSKEGON FAMILY CARE,<br><br>　　　　　　　　　　Defendant. | Case No.: 20-cv-00141-RJJ-SJB |

**JOINT MOTION TO APPROVE CLASS SETTLEMENT UNDER FED. R. CIV. P. 23**

For the reasons set forth in the accompanying Memorandum of Law and supporting papers, Plaintiff Karisha Melton, on behalf of herself and all others similarly situated ("Plaintiff") and Defendant Muskegon Family Care ("Defendant" and together with Plaintiff "the Parties"), by and through their attorneys, respectfully submit this joint motion under Rule 23(b)(1)(B) and Rule 23(e)(2) of the Federal Rules of Civil Procedure (the "Settlement Agreement Motion") for entry of an Order:  1) certifying a class for settlement purposes only, including the appointment of Class Counsel and the Class Representative, and 2) approving the settlement of the class claim.

Dated:  October 14, 2021

<table>
<tr><td>

*/s/ Stephen L. Grimm*
STEPHEN L. GRIMM, P.C.
3333 Evergreen, N.E., Ste 200
Grand Rapids, MI 49525
Telephone: (616) 459-0220
Email: steve@slgrimmpc.com

Ben Grover (P80173)
BEN GROVER LAW, PLC
230 E. Fulton Street, Ste. 9
Grand Rapids, MI  49503
Telephone: (616) 323-1236
Email: ben@bengroverlaw.com

*Attorneys for Defendant*

</td><td>

*/s/ René S. Roupinian*
René S. Roupinian (P52737)
Jack A. Raisner
RAISNER ROUPINIAN LLP
270 Madison Avenue, Suite 1801
New York, NY 10016
Telephone: (212) 221-1747
Email: rsr@raisnerroupinian.com
Email: jar@raisnerroupinian.com

*Attorneys for Plaintiff and the class*

</td></tr>
</table>