UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KARISHA MELTON, on behalf of herself and all others similarly situated,

                Plaintiff,

v.

MUSKEGON FAMILY CARE,

                Defendant.

Case No.: 20-cv-00141-RJJ-SJB

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Karisha Melton ("Plaintiff") and Defendant Muskegon Family Care ("Defendant"), by and through their attorneys, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that this action shall be and hereby is dismissed with prejudice and without costs or attorneys' fees to either party.

Dated:  February 8, 2022

*/s/ Stephen L. Grimm*
STEPHEN L. GRIMM, P.C.
3333 Evergreen, N.E., Ste 200
Grand Rapids, MI 49525
Telephone: (616) 459-0220
Email: steve@slgrimmpc.com

Ben Grover (P80173)
BEN GROVER LAW, PLC
230 E. Fulton Street, Ste. 9
Grand Rapids, MI  49503
Telephone: (616) 323-1236
Email: ben@bengroverlaw.com

*Attorneys for Defendant*

*/s/ René S. Roupinian*
René S. Roupinian (P52737)
Jack A. Raisner
RAISNER ROUPINIAN LLP
270 Madison Avenue, Suite 1801
New York, NY 10016
Telephone: (212) 221-1747
Email: rsr@raisnerroupinian.com
Email: jar@raisnerroupinian.com

*Attorneys for Plaintiff*